

**MEMO ENDORSED**

September 10, 2024

**By ECF**

Hon. Nelson S. Román
United States District Judge
The Hon. Charles L. Brieant, Jr. Courthouse
300 Quarropas Street
White Plains, NY 10601

    Re:    *Winchester 84, LLC v. Morrow Equipment Company, LLC*,
           23 Civ. No. 05871 (S.D.N.Y.)

Dear Judge Román:

    We represent defendant Morrow Equipment Company, LLC ("Morrow") in the above-captioned case and write with the consent of plaintiff Winchester 84, LLC. Now pending before Your Honor is Morrow's motion (the "Motion") for attorney's fees and costs. (Dkt. No. 19.) We are pleased to advise the Court that the parties have resolved the Motion. Accordingly, Morrow withdraws the Motion without prejudice.

    We thank the Court for its attention to this matter.

                              Respectfully submitted,

                              YANKWITT LLP

                            By: _____
                                Russell M. Yankwitt
                                Michael H. Reed

cc:   Counsel of Record (via ECF)

**Having been advised of a resolution reached by the parties regarding Deft's pending Motion for Attorney's Fees (ECF No. 19), Deft's request to withdraw the Motion is GRANTED with Pltf's consent. Clerk of Court is requested to terminate the motion at ECF No. 19.**
**Dated: September 12, 2024**
       **White Plains, NY**
       **SO ORDERED:**

       _____
       HON. NELSON S. ROMÁN
       UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/12/2024